# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137604 & (81)

MESQUITE, INC. and HAMILTON
FAMILY LIMITED PARTNERSHIP,
          Plaintiffs-Appellants,

v                                                           SC:    137604
                                                            CoA:  278209
CITY OF SOUTHGATE,                                          Wayne CC: 06-632904-AW
          Defendant-Appellee.
_____

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of the application for leave to appeal is considered, and the application is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2009

_____
Clerk